US Dist Court Central Dist of Illinois

STEVEN D LISLE JR #R40159 ) No. 18CV1253
    vs  Plaintiff ) Jury Trial Requested
SUSAN PRENTICE ) Judge JES
    Defendant )

## Amended Complaint

### Jurisdiction & Venue

I

This a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation under color of state law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 USC Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 USC section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 USC section 2283 & 2284 and Rule 65 of the Federal Rules of Civil procedure. The Central District of Illinois Is an appropriate venue under 28 USC section 1391(b)(2) because it is where the events giving rise to this claim occured.

II

### Plaintiffs

Plaintiff, Steven D Lisle JR is and was at all times mentioned here in a prisoner of the state of Illinois in the custody of Illinois Department of corrections he is currently confined in pontiac correctional center in menard Illinois

### Defendants

Susan Prentice-Major  Evans-Luitenet  T. Kennedy-Warden
Tracy-Cmst  MR. Lewis Luitenet  Painter-officer  John R Baldwin-Director

1 OF 10

Address: Po Box 99 Pontiac IL 61764 Each Defendant Stated Above Is Sued Individually And In His or Her Official Capacity at all times mentioned in this complaint each defendant acted Under the Color of State law

## Litigation History

III Previous law suits Involving State or Federal Dealing with Same Facts involved

In This Case No ☐ Other Federal Law Suits Yes ☑ Stated Below

1. No 18cv1736 Lisle v Goldman 8th amend Deliberate Indifference Pending
2. No 18cv2052 Lisle v Goldman 8th amend Inhumane Conditions of Confinement - pending
3. No 15cv965 Lisle v Butler 8th amend Deliberate Indifference - Pending
4. No 16cv 421 Lisle v Butler 8th amend Excessive force pending
5. No 16cv 422 Lisle v Butler 8th amend Deliberate Indifference pending
6. No 17cv 1488 Lisle v Baldwin 8th Amend Longterm Segregation pending
7. No 17cv 1158 Lisle v Baldwin 8th Amend Deliberate Indifference pending
8. No 18cv 1187 Lisle v Renzi 1st Amend Retaliation pending
9. No 18cv 1176 Lisle v Fox 8th Amend Deliberate Indifference pending
10. No 18cv 1177 Lisle v Davis 8th amend Excessive force pending
11. No 18cv 1163 Lisle v Dillon 8th amend excessive force pending
12. No 17cv 1577 Lisle v Smith 8th amend excessive force pending
13. No 17cv 1354 Lisle v Hedall 8th amend Inhumane Conditions of Confinement pending
14. No 17cv 1327 Lisle v Prentice 8th amend Failure to Protect pending
15. No 17cv 1507 Lisle v Prentice 1st Amend Retaliation pending
16. No 18cv 1210 Lisle v Prentice 8th amend sexual Assualt pending
17. No 16cv 4212 Lisle v Minsky 8th amend deliberate indifference pending
18. No 17cv 1335 Lisle v Fike 8th amend excessive force pending
19. No 17cv 1336 Lisle v Melvin 8th amend excessive force pending
20. No 17cv 1530 Lisle v Ruskin 8th amend excessive force pending
21. No 18cv 1353 Lisle v Prentince 8th amend Failure to Protect Pending
22. No 18cv 1395 Lisle v Prentice 8th amend Sexual Harrassing pending
23. No 18cv 1396 Lisle v Prentince 8th amend Excessive force Pending

2

## IV    Facts    Eighth Amendment: Failure To Protect - Claim count 1

- Defendant (T.Kennedy) Is The Warden At The Pontiac Institution. One of Her Many Duties Is To Protect Inmates From Immanent Harm. Plaintiff Resided At The Pontiac Correctional Center. In The North Cell Unit One Gallery Area. On May 6, 2018 Plaintiff Placed Kennedy on "Notice" By Serving Her A "Emergency" Grievance Through The Institution Grievance Process. In His Grievance Plaintiff Informed Kennedy That He "Feared" For His Safety Do To Being Threating By Multiple Inmates Housed In The Institution. Plaintiff Further Informed Kennedy About The Incidents That Took Place During The Months Of April-May 2018 Where A Major Prentice & Luitenet Evans Forced Plaintiff To Wear His (Prison Uniform) Back Wards Through out The Entire Institution. Prentice & Evans Then Began To Inform Multiple Inmates In The One-Seven Gallery Area That The Reason They Are "Forcing" Plaintiff To Wear His Prison Uniform Back Wards Is Because Plaintiff Is A Sex Offender & Child Molester. Prentice & Evans Then Began To Bribe

- These Inmates Specifically A Inmate Walls #M20457 With Extra Food Trays And Segregation Time Cuts To Assualt Plaintiff. And Because Of Prentice & Evans Bribes And Liabling Plaintiff A Sex Offender & Child Molester Multiple Inmates Began To "Threating" Plaintiff Stating That They were Going To Assualt & Kill Him Through out The North Cell House And Institution. On May 8, 2018 Kennedy Denied Plaintiff Emergency Grievance. Do To Kennedy Turning A Blind Eye To The Immanent Danger That Plaintiff Faced. On The North Cell House Recreation Yard Around 9:30 AM On May 9, 2018 Plaintiff Was Assualted By Multiple Unknown Inmates Who Threw Urine & Human Waste Into Plaintiff Entire Face Mouth & Eyes Causing Plaintiff Eyes & Skin To Burn. Before Inmates Assualted Plaintiff They Began To State That Plaintiff Was A Sex offender & Child Molester And Thats The Reason Plaintiff Has To wear His Prison Uniform Back Wards Like Prentice & Evans Informed Them This Made Kennedy Liable Where She Was Placed on "Notice" That Plaintiff Was In Danger And Then Turning A Blind Eye

- To The Danger That Plaintiff Faced Which Led To The Assualt of Plaintiff On May 9, 2018 Kennedy Failed To Protect Plaintiff Which Violated Plaintiff Eighth Amendment Rights of The USC Cruel & unusual Punishment And Failure To Protect

3

Eighth Amendment - Inciting A Attack On Plaintiff - Claim Count 2

A. Defendant Major (Prentince) Is A Major At The Pontiac Institution. One Of Her Many Duties Is To Over See The Functionally Of Officers And Inmates In The North Cell House. During The Months Of April-May 2018 At The Pontiac Correction Center In The North Cell House Unit Prentice Forced Plaintiff To Wear His (Prison Uniform) Backwards In Which I.D.O.C. Has No Such Rule Or Policy That Forces A Inmate To Wear Their Prison Uniform Backwards. Also In The North Cell House In The One-Seven Gallery Area. Defendants Prentice Began Informing Mutiple Inmates That The Reason She Is Forcing Plaintiff To Wear His Prison Uniform Backwards Is Because Plaintiff Is A Sex offender & Child Molester Prentice Then Began To Bribe Inmates And Specifically A Inmate Walls #M20457 With Extra Food Trays & Segregation Time Cuts To Assault The Plaintiff By Plaintiff Being Forced To Wear His Prison Uniform Backwards And Because Of Prentice Bribes And Liabling Plaintiff A Sex offender & Child Molester Mutiple Inmates Began To "Threating" Plaintiff Stating That They Were Going To Assualt And Kill Him Throughout The North Cell House And Institution. On May 9, 2018 Plaintiff Was Assualted By mutiple Unknown Inmates Who Threw Urine And Human Waste Into Plaintiff Entire Face Mouth & Eyes Causing Plaintiff Eyes And Skin To Burn Inmates Attack Plaintiff Around 9:30 AM In The Recreation Yard In The Recreation Yard In The North Cell House Cages Before Inmates Assualted Plaintiff They Began To state That Plaintiff Was A sexoffender & Child Molester And Thats The Reason Plaintiff Has To Wear His Prison Uniform Backwards Like Prentice Informed Them This made Prentice Liable For Inciting A Attack on Plaintiff By Inmates Which violated Plaintiff Eighth Amendment of The USC Cruel And unusual Punishment.

4

B.  Defendant (Evans) Is A Luitenet At The Pontiac Institution. One of His Many Duties Is To Over See The Functionally of Officers And Inmates In The North Cell House. During The Months Of April-May 2018 At The Pontiac Correction Center In The North Cell House Unit. Luitenet Evans Forced Plaintiff To Wear His (Prison Uniform) Back Wards In Which I.D.O.C. Has No Such Rule or Policy That Forces A Inmate To Wear Their Prison Uniform Back Wards Also In The North Cell House In The One-Seven Gallery Area. Defendants Evans Began Informing Mutiple Inmates That The Reason He Is Forcing Plaintiff To Wear His Prison Uniform Back wards Is Because Plaintiff Is A Sex offender's Child Molester Evans Then Began To Bribe Inmates And Specifically A Inmate Walls #M20457 With Extra Food Trays & Segregation Time Cuts To Assualt The Plaintiff By Plaintiff Being Forced To Wear His Prison Uniform Backwards And Because of Evans Bribes And Liabling Plaintiff A Sex offender & Child Molester Mutiple Inmates Began To "Threating" Plaintiff stating That They were Going To Assualt And Kill Him Through out The North cell House And Institution On May 9, 2018 Plaintiff Was Assualted By mutiple Unknown Inmates who Threw urine And Humanwaste Into Plaintiff Entire Face mouth & Eyes Causing Plaintiff Eyes And Skin To Burn Inmates Attack Plaintiff Around 9:30 AM In The Recreation Yard In The North Cell House Cages Before Inmates Assualted Plaintiff They Began To state That Plaintiff Was A sex offender & Child Molester And Thats The Reason Plaintiff Has To wear His Prison uniform Backwards Like Evans Informed Them This Made Evans Liable For Inciting A Attack on Plaintiff By Inmates which violated Plaintiff Eighth Amendment of The USC Cruel & unusual Punishment

5

Eighth Amendment - Deliberate Indifference - Claim Count 3

A. Defendant (Tracy) Who Is A Nurse At The Pontiac Institution. One Of Her Many Duties Is To Provide Prison Inmates Medical Care. On May 9, 2018 While Plaintiff Was On The Pontiac North Cell House Recreation Yard Around 9:30 Am Mutiple Unknown Inmates Assualted Plaintiff By Threwing Urine & Human Waste In His Face, Mouth & Eyes At 10:00 Am Defendant Tracy Arrived At The North Cell House Rereation Yard To Provide Plaintiff His Psychotropic Medication For Plaintiff's Menta Illness. At This Time Plaintiff "Advised" Nurse Tracy That His Eyes & Skin Burnt And That He Request To Receive A (Tecknit) Shot To Prevent Him From Possible Catching Hypatitus C or B Do To Inmates Threwing Urine & Human Waste In His Face Mouth & Eyes. Tracy Then Turned A "Blind Eye" And Refused To Provide Plaintiff With Medical Attention. Do To The Acts Of Tracy Made Her Liable And Violated Plaintiff Eighth Amendment cruel & unusual punishment & Deliberate Indifference To Serious Medical Needs Of The U.S.C.

B. Defendant (Mr. Lewis) Who Is A Luitnet At The Pontiac Institution One of His Many Duties Is To Over See Officers & Inmates Movement From The North Cell House To And From The Recreation Yard. On May 9, 2018 While Plaintiff Was On The Pontiac North Cell House Recreation Yard Around 9:30 Am Mutiple Unknown Inmates Assualted Plaintiff By Threwing Urine & Human Waste In His Face, Mouth & Eyes. At About 12:30 Am - 1:30 Am Defendant MR. Lewis

Arrived At The North Cell House Recreation Yard To Over see Officers Bring Plaintiff Back To The North House So That Plaintiff Could Be Placed In His Cell & Living Area. At This Time Plaintiff Advised Defendant Lewis That Mutiple Unknown Inmates Assualted Him At 9:30 Am By Threwing Urine & Human Waste In His Mouth, Face & Eyes. Plaintiff Further Advised Lewis That His Eyes & Skin Burnt Do To The Human Waste Drying On His Body & Face & Eye Area. Mr. Lewis Then Turned A "Blind" Eye And Refused To Provide Or See That Plaintiff Was Provided With Medical Attention. Lewis Also Refused To Provide or See That Plaintiff Was Provided With A Shower Once Plaintiff Returned Back To The North Cell House. The Acts Of Lewis Made Him Liable And Violated Plaintiff Eighth Amendment Cruel & Unusual Punishment Deliberate Indifference To Plaintiff Serious Medical Needs And Conditions of Confinement Of The U.S.C.

C. Defendant (Painter) Is A Correctional Officer At The Pontiac Institution. One Of Painter Many Duties Is To Protect Inmates From "Apparent" Harm. On May 9, 2018 While Plaintiff Was On The Pontiac North Cell House Recreation Yard Around 9:30 Am Mutiple Unknown Inmates Assualted Plaintiff By Threwing Urine & Human Waste In His Face, Mouth & Eyes. At About 12:30 Am — 1:30 Am After Plaintiff Returned Back To The North Cell House And Placed In His Cell & Living Area. He Informed Painter Who At The Time Was Plaintiff Assign Gallery Officer That Mutiple Unknown Inmates Assualted

7

Him At 9:30 Am By Throwing Urine & Human Waste In His Mouth, Face & Eyes. Plaintiff Further Advised Painter That His Eyes & Skin Burn Do To The Human Waste Drying On His Body, Face & Eye Area Painter Then Turned A "Blind" Eye And Refused To Provide or See That Plaintiff was Provided With Medical Attention. Painter Also Refused To Provide Or See That Plaintiff Was Provided A Shower The Acts of Painter Made Him Liable And Violated Plaintiff Eighth Amendment Cruel & Unusual Punishment. Deliberate Indifference To Serious Medical Needs of Plaintiff As Well In Humane Conditions of Confinement of The USC

Eighth Amendment - Official Capacity - Claim Count 4

Defendant (Baldwin) Is The I.D.O.C. Director. One Of His Many Duties Is To Establish Policy, Practice & Procedures In The Functionally of Of I.D.O.C. Employees & Inmates And Also Over see And Provide A Final Response In The Inmate ARB Grievance Appeal After Defendant Baldwin Failed To Review Plaintiff May 11, 2018 And May 21, 2018 ARB Grievance Appeal And Allowed HIS Employee Patty Thull To Over see And Provide A Final Response In Plaintiff May 11, 2018 And May 21, 2018 ARB Grievance Appeal without Him Over Seeing And Providing A Final Response In Plaintiff May 11, 2018 & May 21, 2018 ARB Grievance Appeal Allowed Him To Maintain A (Custom) And (Practice) In Failing To Discipline His

8

Employees Of His Knowingly Violated Inmates Constitutional Rights. And Because of Baldwin Custom & Practice In Allowing His Employees To Over See And Provide A Final Response In Inmates ARB Grievance Appeal With Out Him Over Seeing And Providing A Final Response In Inmates ARB Grievance Appeal. And Do To This Custom & Practice Allowed Baldwin Failure To Discipline His Employees Who "Knowingly" Violated Plaintiff Eighth Amendment. Where Baldwin Employees Prentice, Evans & Kennedy Forced Plaintiff To Wear His Prison Uniform Back Wards In A Humiliatingly Manner Which Was Cruel & Unusual Punishment. And Because Prentice, Evans & Kennedy Forcing Plaintiff To Wear His (Prison Uniform) Back Wards Through The Months of April – May of 2018. Plaintiff Begun To Receive "Death Threats" From Mutiple Inmates Throughout The North Cell House And Pontiac Institution, And Because Of These Threats Plaintiff Placed Kennedy On "Notice" In His May 6, 2018 Grievance That He Faced Potential Harm. Kennedy Then Turned A Blind Eye To The Potential Harm That Plaintiff Faced. And Because of The Acts of Kennedy Ultimately Led To Plaintiff Being Assualted By Mutiple Inmates Who Threw Urine & Humane Waste In His Face, Mouth & Eyes On May 9, 2018 Around 9:30 am On The North Cell House Recreation Yard At The Pontiac Correctional Center. Baldwin Has The Responsability In Making Policy, Procedures & Practice That Provide The Functionally Of His Employes And Inmates With In The I.D.O.C. And By Having This Responsibility Baldwin Made Policy & Procedures Called (Administrative Directives) Which Is For The Functionally Of His Employees And Inmates With In I.D.O.C. Prentice, Evans & Kennedy Forcing Plaintiff To Wear His Prison Uniform Backwards Was Not A Policy, Procedure or Practice That Baldwin Applied For Inmates In I.D.O.C And Had Baldwin Not Practice This Custom of Allowing His Employees To Over See And Provide A Final Response In Imates ARB Grievance Appeal With Out His Review And Final Response In The Inmate ARB Grievance Appeal He Would Had To Discipline His Employees Prentice, Evans & Kennedy For Violating Plaintiff Eighth Amendment By Forcing Him To Wear His Prison Uniform Backwards In A Humiliating Manner Which Was Cruel & Unusual Punishment. This Made Baldwin Liable For His Custom & Practice Which Allowed His Employees To Go UnDiscipline For Violating Eighth Amendment Rights Of The U.S.C. And Because of His Custom & Practice In Allowing His

9

Employees To Oversee And Provide A Final Response In Inmates ARB Grievance Appeal Without Him Reviewing And Also Providing A Final Response In Inmates ARB Grievance Appeal Allowed His Failure To Discipline His Employees Who Knowingly Violated Plaintiff <u>Eighth</u> Amendment Rights Of The U.S.C.

## V. Exhaustion Of Legal Remedies

Plaintiff Steven DLisle JR Used The Prisoner Grievance Procedures Available At Pontiac Institution To Try And Solve The Problem On 5-6-18 Plaintiff Filed Emergency Grievance On 5-8-18 CoA Replied Plaintiff Then Appealed To ARB On 5-9-18 Plaintiff Filed Emergency Grievance On 5-11-18 CoA Replied Plaintiff Then Appealed To ARB

## VI Legal Claims

Plaintiff Reallege and incorporate by reference paragraphs 1-7 And The (Deliberate Indifference)(Failure to Protect) (Inciting Attack on Plaintiff)(Official Capacity) Violated Plaintiff Steven DLisle JR Rights And Constituted <u>Eighth</u> Amendment of the United States Constitution The plaintiff Has No Plain Adequate or Complete Remedy at law to redress the wrongs described here In plaintiff Has been and will continue to be irreparably injured by the conduct of the defendants unless this Court grants the declaratory and injunctive relief which plaintiff seeks.

## VII. Prayer For Relief

Where Fore Plaintiff respectfully prays that this Court enter Judgment granting Plaintiff A declaration that the acts and omissions described here in violated plaintiffs right under the Constitution And laws of the United States A preliminary and permanent injunction ordering defendants (1) To Fincially Be held Responsible paying Plaintiff In the event of A verdict for plaintiff To receive money Damages Compensatory damages in the amount of 1,000,000$ against each defendant Jointly and severally Punitive damages In the amount of 1,000,000$ against each defendant A jury trial on all issue triable by Jury Plaintiff Cost in this suit any additional relief this Court deems Just proper and equitable Date 11/18/18

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged there in are true except to matters alleged on information belief and as to those I believe them to be true I certify and under penalty of perjury that the foregoing is true and correct executed at menard Illinois on 11/18/18  /s/ StevenDLisle JR

10