Judgment in a Civil Case (02/11)

## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Steven D. Lisle, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> Susan Prentice, Lance Evans, Emily Ruskin, Teri Kennedy, . Tracy, Darryl Lewis, Sergio, Penia, . Newhall, Vermon, Dolan, Dylan Painter, and John R. Baldwin, <br><br> Defendants. | Case Number: 18-1253 |

FILED
FEB 27 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Plaintiff, Steven D. Lisle, Jr.'s action against the Defendants, Susan Prentice, Lance Evans, Emily Ruskin, Teri Kennedy, . Tracy, Darryl Lewis, Sergio, Penia, . Newhall, Vermon, Dolan, Dylan Painter, and John R. Baldwin, is dismissed with each party to bear their own costs.

Dated: 2/27/2020

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court